# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4801
_____

ANNETTE AVILES,

Appellant,

v.

HIDDEN OAKS CONDOMINIUM
ASSOCIATION and CASTLEPOINT
NATIONAL,

Appellees.

_____


On appeal from an order of the Judge of Compensation Claims.
Margaret E. Sojourner, Judge.

Date of Accident:  August 11, 2014.

June 11, 2019

PER CURIAM.

AFFIRMED.

RAY, BILBREY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Daniel DeCiccio of DeCiccio & Johnson, Maitland, and Richard W. Ervin, III, of Fox & Loquasto, P.A., Tallahassee, for Appellant.

Rayford H. Taylor of Hall Booth Smith, P.C., Atlanta, and Neil A. Ambekar of Cole, Scott & Kissane, Orlando, for Appellees.